**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE BISHOP, | Case No.: CV 14-2712 DSF (JEMx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SMBD INVESTMENTS, L.P., et al., | |
| Defendants. | |

The Court having previously dismissed the case due to the death of the plaintiff,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 6/8/15

Dale S. Fischer
United States District Judge